# EXHIBIT A

FILED: ERIE COUNTY CLERK 03/23/2023 04:01 PM                INDEX NO. 803880/2023
NYSCEF DOC. NO. 5                                           RECEIVED NYSCEF: 03/23/2023

STATE OF NEW YORK
SUPREME COURT: COUNTY OF ERIE

NATHANIEL OYOYO,

              *Claimant*

vs.

**NOTICE OF PETITION**

Index No.:

COUNTY OF ERIE,
ERIE COUNTY SHERIFF'S DEPARTMENT

              *Defendant.*

| | |
|---|---|
| MOTION MADE BY: | Claimant Nathaniel Oyoyo, through his attorneys, TIVERON LAW, PLLC 2410 North Forest Road, Suite 301, Getzville, New York 14068. |
| DATE, TIME, AND PLACE OF HEARING: | On _____, 2023 at a Special Term of the Supreme Court held before the Hon. _____, J.S.C., located at \_\_\_\_ Delaware Avenue, Buffalo, NY 14202. |
| SUPPORTING PAPERS: | Verified Petition of Steven M. Cohen, Esq., sworn to March 22, 2023 with exhibits. |
| RELIEF DEMANDED AND GROUNDS THEREFORE: | Entry of an Order for the following relief: |

1. Granting Plaintiff's application to serve a late Notice of Claim pursuant to General Municipal Law § 50-e (5)

2. Such other and further relief as this Court deems just, proper and equitable.

| | |
|---|---|
| ANSWERING AFFIDAVITS: | Answering affidavits, if any, must be served at least seven (7) days prior to the return date of this motion pursuant to CPLR § 2214(b). Reply papers, if any, to be served one (1) day of the return date. |
| ORAL ARGUMENT: | Requested. |

DATED:   March 23, 2023
         Amherst, New York

*signature*

Steven M. Cohen, Esq.
TIVERON LAW, PLLC
*Attorneys for Plaintiff*
2410 North Forest Road
Amherst, New York 14068
(716) 636-7600
dtiveron@tiveronlaw.com

To:   Erie County Attorney's Office
      95 Franklin Street
      Buffalo, New York 14202

      Erie County Sheriff's Department
      10 Delaware Avenue
      Buffalo, New York 14202

2

**Tiveron Law, PLLC**
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600 | Toll Free: 800.636.5255 | Fax: 716.636.7606 | www.tiveronlaw.com

2 of 2