# EXHIBIT D

STATE OF NEW YORK: COUNTY OF ERIE

In the Matter of the Claim of

NATHANIEL OYOYO, JR.,                                           **NOTICE OF CLAIM**
Greene Correctional Facility
165 Plank Road
Coxsackie, New York 12051-0008

        Claimant,

-against-

COUNTY OF ERIE
95 Franklin Street
Buffalo, New York 14020

ERIE COUNTY SHERIFF'S DEPARTMENT
10 Delaware Avenue
Buffalo, New York 14202,

        Respondents.

    PLEASE TAKE NOTICE, that the named Claimant, NATHANIEL OYOYO, JR., hereby makes claims and demands against the ERIE COUNTY and ERIE COUNTY SHERIFF'S DEPARTMENT, pursuant to § 50-e of the General Municipal Law, as follows:

1. **The names and post-office addresses of the Claimant and his attorneys are:**

| CLAIMANT | ATTORNEYS |
|---|---|
| Nathanial Oyoyo, Jr. | Tiveron Law, PLLC |
| Greene Correctional Facility | Steven M. Cohen, Esq. |
| 165 Plank Road | 2410 North Forest Road, Suite 301 |
| Coxsackie, New York 12051-0008 | Amherst, New York 14068 |

2. **The nature of the claim:** This is an action for recovery of damages arising out of injuries sustained by Claimant, caused solely by the tortious and unconstitutional conduct of the COUNTY OF ERIE and the ERIE COUNTY SHERIFF'S DEPARTMENT including, but not

limited to abuse of process, assault, deprivation of liberty without due process of law, harassment, negligence, retaliation, negligent infliction of emotional distress, intentional infliction of emotional distress, negligent hiring, training, and supervision of sheriffs employed by Respondents, employer breach of employee manual, employer liability for employee acts, intentional concealment of evidence, and otherwise tortious acts by the County of Erie and the Erie County Sheriff's Office, their agents, servants and/or employees, causing physical and emotional injury and depriving Claimant of his Constitutional and civil rights without basis and/or reason.

The Respondents did, through the instrumentality of law enforcement, violate Claimant's state constitutional rights, and committed torts including abuse of process, deprivation of liberty without due process of law, assault, harassment, negligence, retaliation, negligent infliction of emotional distress, intentional infliction of emotional distress, intentional concealment of evidence, and otherwise tortious acts as stated previously herein.

On or about February 24, 2022, Respondent's Deputy Sheriff did kick Claimant in the face while claimant was handcuffed and being held on the ground by 3 Deputy Sheriffs, and in the presence of at least 5 additional Deputies, none of which did anything to prevent the assault, nor did they report the incident.

4.   **The items of damages or injuries claimed are:** Claimant suffered injuries, including but not limited to, serious physical injury, mental anguish, anxiety, depression, stress and post-traumatic stress, humiliation, embarrassment, intimidation, pain and suffering, loss of enjoyment of life, punitive damages, and all associated damages. Said claim and demand in the amount of FIVE MILLION FIVE HUNDRED THOUSAND ($5,500,000) DOLLARS is hereby presented for adjustment.

{}

2

Tiveron Law, PLLC
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600 | Toll Free: 800.636.5255 | Fax: 716.636.7606 | www.tiveronlaw.com

Dated: March 22, 2023
       Amherst, New York

                               **TIVERON LAW, PLLC**

                               Steven M. Cohen, Esq.
                               Attorneys for Claimant
                               2410 North Forest Road, Suite 301
                               Amherst, New York 14068
                               Telephone: (716) 636-7600

3

**Tiveron Law, PLLC**
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600 | Toll Free: 800.636.5255 | Fax: 716.636.7606 | www.tiveronlaw.com

## ATTORNEY VERIFICATION

STATE OF NEW YORK  )
COUNTY OF ERIE     ) SS:

STEVEN M. COHEN ESQ., an attorney duly admitted to practice law in the State of New York, under penalties of perjury, affirms the following:

That deponent is the attorney for the Claimant, Nathaniel Oyoyo, Jr., in this action; that affiant has read the foregoing Notice of Claim and knows the contents thereof; that the same is true to the affiant's own knowledge except as to the matters therein states to be alleged upon information and belief, and as to those matters believes it to be true and the reason this verification is not made by Claimant and is made by Affiant is that Claimant is not presently in the County where the affiant-attorney maintains his office.

_____
STEVEN M. COHEN

Sworn to before me this
22nd day of March, 2023

_____
NOTARY PUBLIC

STEPHANIE M. SWEENEY
Notary Public, State of New York
Qualified in Niagara County
Commission Expires 3/22/26

{112779034.1}

HOGANWILLIG
Attorneys at Law
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600 | Toll Free: 800.636.5255 | Fax: 716.636.7606 | www.hoganwillig.com